

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 4, 2024

**BY ECF**
The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

  Re: *United States v. Anthony Battle*, 05 Cr. 377 (VM)

Dear Judge Marrero:

  The Government writes to respectfully seek adjournment of the November 8, 2024, status conference in this matter. The parties understand that the conference in the state criminal case that underlies the defendant's pending violation of supervised release has been rescheduled for November 7, 2024, and that, after that state court conference, there will be continued discussions about a potential resolution of the state case. The parties believe that they will have more clarity about any such resolution in the beginning of 2025 and will of course update the Court if any resolution is reached before then. Accordingly, the Government seeks to adjourn the conference for the defendant's violation of supervised release until February 2025, including because the undersigned AUSA has an upcoming trial in November 2024 and defense counsel has an upcoming trial in January 2025.

  Defense counsel joins in this request. The parties and Probation are available for a conference on February 21, 2024. This is the third request for an adjournment; the prior two were granted. (*See* Dkt. Nos. 53 & 55.)

             Respectfully submitted,

             DAMIAN WILLIAMS
             United States Attorney for the
             Southern District of New York

        By: _____
             Getzel Berger
             Assistant United States Attorney
             (212) 637-1061

cc: Carlos Santiago, Esq.
   U.S. Probation Officer Jennifer Arango